# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| James Cash, Dana Armstrong, Charles A. Eckstein individually and on behalf of all other persons similarly situated who were employed by Gwinnett Sprinkler Company, Inc., Joshua Carter, Gerald Chad, Anthony T. Anderson, Jonathan Durden, Scott C. Mayo and Ronnie Franklin,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Gwinnett Sprinkler Company, Inc., Chaz Ahmed, Alan Clark, Richard Marcet, Dean Smith and Mike Herrin,<br><br>　　　　　Defendants. | CIVIL ACTION NO.<br>1:08-CV-2858-JOF |

## OPINION AND ORDER

The instant matter is before the court on Plaintiffs' motion to compel and for attorney's fees [41].

On May 20, 2009, Plaintiffs filed the instant motion to compel with respect to the discovery responses Defendants were asked to supply. Plaintiffs also seek attorneys' fees under Fed. R. Civ. P. 37. Plaintiffs' motion does not comply with this court's local rules requiring that a motion to compel shall "[q]uote verbatim each disclosure, interrogatory, .

. . to which objection is taken. . . . The motion shall be arranged so that the objection, grounds, authority, and supporting reasons follow the verbatim statement of each specific disclosure, interrogatory . . . ." LR 37.1, N.D. Ga.

Plaintiffs' May 20, 2009 motion to compel and for attorneys' fees is DENIED WITH LEAVE TO RENEW [41]. Plaintiffs are DIRECTED to re-file their motion within ten (10) days from the date of this order.

**IT IS SO ORDERED** this 24th day of August 2009.

                                  /s J. Owen Forrester
                                  J. OWEN FORRESTER
                        SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)